JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TOMMY JOE HOLMES, | Case No. CV15-06480-CBM (DTB) |
| Petitioner, | |
| vs. | **J U D G M E N T** |
| C. E. DUCART, Warden, | |
| Respondent. | |

Pursuant to the Order Summarily Dismissing Petition for Writ of Habeas Corpus for Lack of Subject Matter Jurisdiction,

IT IS ADJUDGED that the action is dismissed pursuant to Rule 4 of the Rules Governing Section 2254 Cases in the United States District Courts.

DATED: October 8, 2015

_____
CONSUELO B. MARSHALL
UNITED STATES DISTRICT JUDGE